THE **UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**

Lynchburg (Charlottesville) Division

IN RE:
ANTHONY J. FERRARA, JR.                                Case No. 18-60208
Debtor                                                 Chapter 13

---

ROUNDPOINT MORTGAGE SERVICING CORPORATION
Movant
v.
ANTHONY J. FERRARA, JR.
Debtor/Respondent
and
HERBERT L BESKIN
Trustee/Respondent

## NOTICE OF HEARING

Notice is hereby given that a hearing on Debtors' Objection to Notice of Default is scheduled to be held on **February 13, 2020, at 9:30 a.m.**, at the U.S. Courthouse, located at 255 West Main Street, Courtroom 200, Charlottesville, VA 22902.

/s/ William Harville
*Counsel for Debtor*

William Harville, Esq. (Va. Bar #19802)
327 W. Main Street #3
Charlottesville, VA 22903
tel:    434-483-5700
fax:    434-448-0800
email: harvillelaw@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2020, a true copy of the foregoing Notice was mailed to or electronically served via electronic case filing to all creditors and parties in interest at their respective addresses as listed on the mailing matrix maintained by the clerk of the court.

/s/ William Harville